# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 722 |
| | : | |
| APPOINTMENTS TO CONTINUING JUDICIAL EDUCATION BOARD OF JUDGES | : | SUPREME COURT RULES |
| | : | |
| | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM:**

**AND NOW,** this 22nd day of December, 2016, in further implementation of this Court's Order No. 719 Supreme Court Rules Docket (December 9, 2016), establishing a formal continuing judicial education program, it is **ORDERED** that the initial membership of the Continuing Judicial Education Board of Judges shall be as follows:

Anita LaFrance Allen, Vice Provost for Faculty and Henry R. Silverman Professor of Law, University of Pennsylvania

Honorable Ida K. Chen, Court of Common Pleas, First Judicial District

Honorable Renée Cohn Jubelirer, Pennsylvania Commonwealth Court

Honorable Kathryn M. Hens-Greco, Court of Common Pleas, Allegheny County

Honorable Maureen Lally-Green, Dean, Duquesne University School of Law

Honorable Richard A. Lewis, Court of Common Pleas, Dauphin County

Honorable Stephen P. B. Minor, Court of Common Pleas, Potter County

Honorable Terrence R. Nealon, Court of Common Pleas, Lackawanna County

Honorable Edward D. Reibman, Court of Common Pleas, Lehigh County

Honorable Karen Yvette Simmons, Philadelphia Municipal Court, First Judicial District

Honorable Victor P. Stabile, Pennsylvania Superior Court

Honorable Kenneth G. Valasek, Court of Common Pleas, Armstrong County

The Honorable Terrence R. Nealon is hereby designated as Chair, and the Honorable Kathryn M. Hens-Greco is designated as Vice-Chair, of the Board.

The length of the initial staggered term of office assigned to each member shall be determined by the Board of Judges in consultation with the AOPC Judicial Education Department.